# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

ERWIN HAMPTON                                                                                    PLAINTIFF
ADC #127978

V.                                        NO: 2:09CV00011 JMM/HDY

JONNIE JONES *et al.*                                                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the St. Francis County Sheriff Department are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

DATED this __17__ day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE